IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Perry-Lampkin, LaTonya | Case Number: 07 B 21584 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 4/22/08 | Filed: 11/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 900.00 |  |
| Secured: |  | 30.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 821.40 |
| Trustee Fee: |  | 48.60 |
| Other Funds: |  | 0.00 |
| Totals: | 900.00 | 900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,814.00 | 821.40 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | City of Calumet City | Secured | 512.00 | 30.00 |
| 4. | Select Portfolio Servicing | Secured | 44,387.50 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 379.23 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 214.67 | 0.00 |
| 8. | Harris & Harris | Unsecured | | No Claim Filed |
| 9. | KCA Financial Services | Unsecured | | No Claim Filed |
| 10. | State Collection Service | Unsecured | | No Claim Filed |
| 11. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 49,557.40 | $ 851.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.60 |
| | _____ |
| | $ 48.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Perry-Lampkin, LaTonya

Printed:  4/22/08

Case Number:  07 B 21584
Judge:  Wedoff, Eugene R
Filed:  11/16/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

